

*/s/ Lori Simpson*
**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| In re:<br><br>**TAYLOR KEELS,**<br><br>Debtor | Case No. 20-19615-LSS<br><br>(Chapter 13) |
|---|---|

### CONSENT ORDER ON MOTION TO REVIEW CONDUCT OF KURLAND LAW GROUP, DISALLOWANCE AND REFUND OF FEES PAID TO KURLAND LAW GROUP, AND OTHER RELIEF AS MAY BE APPROPRIATE TO INCLUDE SANCTIONS AND INJUNTIVE RELIEF

Upon consideration of the United States Trustee's Motion to Review Conduct of Kurland Law Group, Disallowance and Refund of Fees Paid to Kurland Law Group, and Other Relief as may be Appropriate to include Sanctions and Injunctive Relief ("Motion to Review") [Dkt. No. 20], the Response to Motion to Review filed by Sari Kurland ("Ms. Kurland") and Kurland Law Group (collectively, "Respondents") (the "Response") [Dkt. No. 26], and with the stated consent of the undersigned parties on the record at the hearing conducted on this matter, IT IS for the United States Bankruptcy Court for the District of Maryland hereby:

ORDERED that, within fourteen (14) days from entry of this Order, Respondents shall return a total of $7,755.00 for fees received by credit card in the following cases: (1) *In Taylor Keels*, Case No. 20-19615-LSS, $2,855.00 to Navy Federal Credit Union;

and (2) *In re Erick Wills*, Case No. 20-11217, $4,900.00 to Capital One Bank, and it is further

ORDERED that Respondents shall file with the Court a Certificate of Compliance stating, under penalty of perjury, that they have returned and paid $2,855.00 to Navy Federal Credit Union and $4,900.00 to Capital One Bank, respectively, and it is further

ORDERED that Ms. Kurland shall complete at least six hours of continuing legal education relating to bankruptcy ethics and practice management courses within six months from the entry of this Order.  Upon completion, Ms. Kurland shall file with the Court a Certificate of Compliance stating, under the penalty of perjury, that she completed the required legal education as set forth in this Order, and it is further

ORDERED that Ms. Kurland shall voluntarily resign from participating on any legal bar association educational panel or refrain from any speaking engagements related thereto for a period of six months from the entry of this Order; and it is further

ORDERED that Respondents shall review all pending bankruptcy cases in any jurisdiction in which Respondents practice to ensure that the disclosures of compensation are truthful, accurate, and current.  In any case which Respondents' disclosures of compensation are not truthful, accurate, or current, Respondents shall have fourteen (14) days from the entry of this Order to file truthful and accurate amended and/or corrected disclosures of compensation; and it is further

ORDERED that in any case which Respondents have received any additional compensation from that disclosed in Respondents' disclosures of compensation, Respondents shall have fourteen (14) days from the entry of this Order to file truthful and

accurate supplemental disclosures of compensation fully disclosing all compensation received, and it is further

ORDERED that Respondents shall not accept any credit card payments or other means of credit in violation of 11 U.S.C. § 526(a)(4); and it is further

ORDERED that Respondents shall file truthful, accurate, and timely disclosures of compensation and supplemental disclosures of compensation as required by Federal Rule of Bankruptcy Procedure 2016 with all bankruptcy courts in which they practice; and it is further

ORDERED that any violation of the terms of this agreement may constitute grounds for the United States Trustee to request additional sanctions, including but not limited to suspension from the practice of law before the United States Bankruptcy Courts; and it is further

ORDERED that the entry of this Order is without prejudice to any action taken by the United States District Court for the District of Maryland Disciplinary and Admission Committee or Maryland Attorney Grievance Commission.

CONSENTED TO:

*/s/ Sari Karson Kurland*
Sari Karson Kurland, Bar No. 09174,
Individually
The Kurland Law Group
211 Jersey Lane
Rockville, Maryland 20850
(301) 424-2834
sari@sarikurland.com

*/s/ Sari Karson Kurland*
Sari Karson Kurland, Bar No. 09174,
in her official capacity as President of
Law Offices of Sari Kurland, P.C., t/a

*/s/ Lisa Yonka Stevens*
Lisa Yonka Stevens, Bar No. 27728
Trial Attorney
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
(301) 344-6216
Lisa.Y.Stevens@usdoj.gov

Counsel to John P. Fitzgerald, III
Acting United States Trustee

The Kurland Law Group
211 Jersey Lane
Rockville, Maryland 20850
(301) 424-2834
sari@sarikurland.com

       I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

                                  /s/ *Lisa Yonka Stevens*
                                  Lisa Yonka Stevens

Cc:
   Rebecca A. Herr: ecf@ch13md.com
   Sari Karson Kurland: skurland2@comcast.net, admin@sarikurland.com; kurlandsr71821@notify.bestcase.com;marie-claire@sarikurland.com
   US Trustee – Greenbelt: USTPRegion04.GB.ECF@USDOJ.GOV

BB&T now Truist
P.O. Box 1847
Wilson, North Caroline 27894-1847

Navy Federal Credit Union
PO Box 3000
Merrifield, Virginia 22119

Capital One Bank
PO Box 30281
Salt Lake City, Utah 84130

**END OF ORDER**